VERMONT NATIONAL BANK OF BRATTLEBORO, Vermont v. WEATHERSFIELD FARMS, INC.; Raymond C. Phelan; Helen C. Phelan; The First National City Bank of New York, New York; Sarah E. Vail; and First Inter-State Bank of W.R.J., No. 154-79

630

June 13, 1979. Motion to Dismiss granted for lack of jurisdiction. 12 V.S.A. § 4601; V.R.A.P. 4.